UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KOBE SUNDERLAND,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　　Defendant. | NO: 2:21-CV-0111-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation for Voluntary Dismissal with Prejudice. ECF No. 10. The stipulation was presented for consideration without oral argument. Having reviewed the file and the records herein, the Court is fully informed.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(ii), all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1  The District Court Executive is hereby directed to enter this Order and
2  Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.
3  DATED July 20, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2