AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| KOBE SUNDERLAND, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 2:21-CV-0111-TOR |
| | ) |
| | ) |
| FORD MOTOR COMPLANY, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the parties' stipulation and Federal Rule of Civil Procedure 41(A)(1)(ii), this case is DISMISSED with prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE pursuant to the parties' Voluntary Dismissal with Prejudice. ECF No. 10.

Date: July 20, 2021

*CLERK OF COURT*

SEAN F. McAVOY

B. Fortenberry
*(By) Deputy Clerk*

s/B. Fortenberry